FILED
MAY 08 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-06-60-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| TERESA GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on MAY 8, 2007 to continue on supervised release,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. The defendant shall report to her probation officer within 24 hours following release. A certified Judgment and Commitment order to follow.

DATED: 5-8-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1